JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Axel Roman,<br><br>           Plaintiff,<br><br>     v.<br><br>Montclair Police Department,<br><br>           Defendant. | Case No.<br>EDCV 13-01355-JGB (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 6, 2013

_____
JESUS G. BERNAL
United States District Judge